IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS | § § § § § § | CIVIL NO. SA-12-CV-109- DAE |
| V. | | |
| DIANE BENNETT | | |

**DECLARATION OF LAUREN J. WOOD IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

LAUREN J. WOOD, Ph.D., hereby declares as follows:

1. I am the Director of Psychometric Services at The American Registry of Radiologic Technologists ("ARRT"). The statements made in this Declaration are based on my own personal knowledge unless otherwise indicated. The examinations at issue in this case are ARRT's Limited Scope of Practice in Radiography Examination and ARRT's Bone Densitometry Equipment Operators Examination, which are sometimes referred to as "the Examinations."

2. ARRT carefully protects the confidentiality of the questions appearing on its examinations. Questions which may appear on an examination are not released or made available to the public. In addition, ARRT uses non-disclosure agreements to protect its examination questions. ARRT requires that individuals seeking to sit for its examinations enter into a non-disclosure agreement with ARRT, in which they agree not to disclose questions appearing on the examinations, in whole or in part. ARRT examinations are currently administered on computer. Examples of the computer screens through which individuals seeking to sit for ARRT examinations, including the Limited Scope of Practice in Radiography and the

Bone Densitometry Equipment Operators Examinations, enter into non-disclosure agreements with ARRT are attached as **Exhibit A**. These computer screens are presented to the examinee at the test site at the time of test administration. Examples of written non-disclosure agreements undertaken by examinees are attached as **Exhibit B**. Even within ARRT, only certain individuals who have a legitimate business purpose and need to do so, are able to access examination questions through a secure computer network. The Psychometric Services area, where the test items are housed, is a secure area and access is restricted to a very limited number of ARRT staff. ARRT's facility is a locked and secure facility that is not open to the public. Visitors with appointments must sign in and be escorted by ARRT staff to and from their appointments.

   3.   The content of ARRT's item bank is of extraordinary value and importance to ARRT. ARRT was established to promote high standards of patient care by developing and administering examinations for individuals seeking certification or licensure in certain fields of medical imaging. Consistent with this mission, a number of States have entered into contracts with ARRT to use its examinations as state licensure examinations. The security and confidentiality of questions appearing on ARRT's examinations is critical. Without secure items, ARRT would not be able to offer these services or fulfill its mission. Given the steps ARRT has taken to maintain the confidentiality of its item bank, the content of ARRT's item bank cannot be acquired by others by proper means.

   4.   While the exact amount of ARRT's investment in the development of its item bank is difficult to quantify, it is a substantial investment that grows yearly. For example, ARRT expends approximately $1,018 in direct development costs per test item. This amount does not include indirect costs. Thus, when ARRT was forced to retire at least 87 questions from use in

connection with its Limited Scope of Practice of Radiography Examination, it lost $88,566 of the value of its investment in the direct development costs for those items.

5. ARRT has been awarded U.S. Copyright Registration No. TXu 1-279-139 covering its item bank. A copy of that registration certificate is attached as **Exhibit C** to this Declaration. ARRT's item bank includes the questions that have appeared on the Examinations. The ten examination questions, as to which statutory damages are sought, were in ARRT's item bank on the effective date of the copyright registration, which is March 8, 2006. Each of these ten items was in use on the Limited Scope of Practice in Radiography Examination on or before the date of Bennett's e-mails copying the item, which I understand are dated May 2008 and April 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true.

Executed this __11__ day of January, 2013.

_____
Lauren J. Wood, Ph.D.

# EXHIBIT A

# to

**DECLARATION OF LAUREN J. WOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Mrs. A Candidate [000-000]   Time Remaining 01:45

*You have 2 minutes to respond to this screen. If no response is entered the exam session will end.*

Non-Disclosure Agreement and General Terms Of Use
For ARRT Examination Programs

This exam is confidential and is protected by trade secret law. It is made available to you, the examinee, solely for the purpose of assessing qualifications in the discipline referenced in the title of this exam. You are expressly prohibited from disclosing, publishing, reproducing, or transmitting this exam, in whole or in part, in any form or by any means, verbal or written, electronic or mechanical, for any purpose, without the prior express written permission of ARRT.

Please click on the response below to indicate whether you accept the terms of this agreement. Click on "**A**" to symbolize your signature and to accept these terms. You must click "**A**" to continue with the exam.

If you do NOT accept these terms, then click "**N**" and let the test center staff know that you are through with the exam. Clicking on "**N**" will end the exam. If you click on "**N**" and decide to examine at a future date, you will need to submit another application and fee.

- A. I accept the terms of this agreement
- N. I do NOT accept the terms of this agreement

Select the best response
Previous [P]    Next [N]

Item 1

ARRT000018

Radiography - Candidate Name

ExitNDAItem2

Next →

To be safe...

...DO NOT DISCUSS THE QUESTIONS AND/OR ANSWERS FROM THIS EXAM WITH ANYONE AT ANY TIME.

Any disclosure of the specific content from this exam violates the Non-Disclosure Agreement that you consented to prior to beginning the exam and the Agreement of Candidates on your Application for Certification.

Please note that these agreements are legally binding and you will be subject to legal consequences for any violations of disclosure. In addition, if found to have disclosed any of ARRT's copyrighted items, you will be subject to various sanctions under the ARRT Standards of Ethics, up to and including permanent ineligibility for ARRT certification.

ARRT000019

Radiography - State Candidate

ExitNDAItem1    Next →

To be safe...

...DO NOT DISCUSS THE QUESTIONS AND/OR ANSWERS FROM THIS EXAM WITH ANYONE AT ANY TIME.

Any disclosure of the specific content from this exam violates the Non-Disclosure Agreement that you consented to prior to beginning the exam.

Please note that this document is legally binding and you will be subject to legal consequences for any violations of disclosure. In addition, we will share the results of our investigation with your state licensing agency which may lead to you being permanently barred from future examinations.

ARRT000020

# EXHIBIT B

# to

**DECLARATION OF LAUREN J. WOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

# Pearson VUE Candidate Rules Agreement – ARRT



Please review the following information and ask the administrator if you have questions.

- ☐ I will not take any personal items into the testing room including, but not limited to, cellular phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, hats, bags, coats, books and notes. I will store these items in a secure area indicated by the administrator. The test center is not responsible for lost, stolen or misplaced personal items.
- ☐ Before I enter the testing room, the testing administrator will provide me with an erasable noteboard, a marker and any other items specified by the ARRT. I will not use these materials until after I have responded to the Non-Disclosure Agreement and will not remove them from the testing room at any time during the exam. If I need to clean my noteboard during the exam, I will raise my hand to get the administrator's assistance. I will return these items to the administrator immediately after the exam.
- ☐ The administrator will log me in to my assigned workstation, verify that I am taking the intended exam and start the exam. I will sit in my assigned seat. I understand that eating, drinking, smoking, chewing gum and making noise that creates a disturbance for other candidates are prohibited during the exam.
- ☐ To ensure a high level of security, the administrator will monitor me continuously while I take my exam. The session may be videotaped or otherwise recorded for security or other purposes.
- ☐ If I experience problems that affect my ability to take the exam, I will notify the administrator **immediately** by raising my hand. If I have other questions or concerns, the administrator will assist me as long as other candidates are not disturbed. I understand the administrator cannot answer questions related to exam content.
- ☐ I will have an opportunity to enter comments on each question during the exam, and my comments will be provided to the ARRT. If I have concerns about any of the questions as I work on the exam, I will enter a comment, make a note on the erasable board or mark an item for review onscreen.
- ☐ To request a break, I will raise my hand to get the administrator's attention. The exam timer will **NOT** stop while I am away. The administrator will set my testing workstation to the break mode, and I will leave the testing room. The administrator will sign me out after I leave the room. Before I return to my seat, the administrator will sign me in and will then resume my exam for me.
- ☐ While I am taking a break, I may not leave the building. I am permitted to access emergency personal items that I stored during the exam only if necessary—for example, if I need to take medication at a specific time. I am NOT allowed access to other items, including cellular phones, exam notes and study guides. I understand that if I leave the building for any reason I will not be able to resume my exam and will forfeit my exam fee.
- ☐ I will not remove copies of exam questions and answers from the testing room, and I will not share the questions or answers seen in my exam with other candidates. The exam and related materials utilized in the ARRT's exams are copyrighted as the sole property of the ARRT and must not be removed from the testing room or reproduced in any way; reproduction of copyrighted material, in whole or part, is a federal offense. Such activity may constitute grounds for the ARRT to bar me permanently from all future exams, to terminate my participation in the exam, to invalidate the results of my exam and any prior exams, to withhold my exam scores and/or to take any other appropriate action. The ARRT's decision on any such matter is final.
- ☐ After I finish the exam, I will be asked to complete an optional, onscreen evaluation of Pearson VUE. When I am finished, I will raise my hand. The administrator will come to my workstation and ensure my exam has ended properly. I will return the erasable noteboard and marker to the administrator, and the administrator will then sign me out.
- ☐ Exam results are encrypted and transmitted to Pearson VUE and the ARRT and are not available immediately after the exam. The testing center does not keep any information other than when and where my exam was taken. The ARRT or my state licensing agency will mail a score report to me within approximately four weeks after my exam.
- ☐ If I do not follow the rules, am suspected of cheating or tampering with the computer, or demonstrate irregular behavior, the issue will be reported to Pearson VUE, the ARRT, and the state licensing agency (if applicable). My exam may be invalidated, the ARRT may take other action such as canceling my score, and I will not be refunded my exam fee.

*By providing a digital signature or by signing below, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE and the ARRT (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to abide by the Pearson VUE Candidate Rules Agreement - ARRT. In addition, I understand that if I am found to be in violation of any article listed above, this will constitute grounds for the ARRT to take appropriate punitive action up to and including terminating my participation in the exam, invalidating the results of this exam and any prior exam, and permanently barring me from all future examinations.*

*In addition, I understand I may be subject to an ARRT ethics investigation or even a federal court lawsuit for copyright infringement and/or breach of contract. Any information collected by an ARRT investigation may be forwarded to my state licensing agency for review of state ethics violations.*

Name (Please print):_____   Date:_____

Signature: _____   Exam:_____



# Pearson VUE Candidate Rules Agreement – ARRT

Please review the following information and ask the administrator if you have questions.

- ☐ I will not take any personal items into the testing room including, but not limited to, cellular phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, hats, bags, coats, books and notes. I will store these items in a secure area indicated by the administrator. The test center is not responsible for lost, stolen or misplaced personal items.
- ☐ Before I enter the testing room, the testing administrator will provide me with an erasable noteboard, a marker and any other items specified by the ARRT. I will not use these materials until after I have responded to the Non-Disclosure Agreement and will not remove them from the testing room at any time during the exam. If I need to clean my noteboard during the exam, I will raise my hand to get the administrator's assistance. I will return these items to the administrator immediately after the exam.
- ☐ The administrator will log me in to my assigned workstation, verify that I am taking the intended exam and start the exam. I will sit in my assigned seat. I understand that eating, drinking, smoking, chewing gum and making noise that creates a disturbance for other candidates are prohibited during the exam.
- ☐ To ensure a high level of security, the administrator will monitor me continuously while I take my exam. The session may be videotaped or otherwise recorded for security or other purposes.
- ☐ If I experience problems that affect my ability to take the exam, I will notify the administrator **immediately** by raising my hand. If I have other questions or concerns, the administrator will assist me as long as other candidates are not disturbed. I understand the administrator cannot answer questions related to exam content.
- ☐ I will have an opportunity to enter comments on each question during the exam, and my comments will be provided to the ARRT. If I have concerns about any of the questions as I work on the exam, I will enter a comment, make a note on the erasable board or mark an item for review onscreen.
- ☐ To request a break, I will raise my hand to get the administrator's attention. The exam timer will **NOT** stop while I am away. The administrator will set my testing workstation to the break mode, and I will leave the testing room. The administrator will sign me out after I leave the room. Before I return to my seat, the administrator will sign me in and will then resume my exam for me.
- ☐ While I am taking a break, I may not leave the building. I am permitted to access emergency personal items that I stored during the exam only if necessary—for example, if I need to take medication at a specific time. I am NOT allowed access to other items, including cellular phones, exam notes and study guides. I understand that if I leave the building for any reason I will not be able to resume my exam and will forfeit my exam fee.
- ☐ I will not remove copies of exam questions and answers from the testing room, and I will not share the questions or answers seen in my exam with other candidates. The exam and related materials utilized in the ARRT's exams are copyrighted as the sole property of the ARRT and must not be removed from the testing room or reproduced in any way; reproduction of copyrighted material, in whole or part, is a federal offense. Such activity may constitute grounds for the ARRT to bar me permanently from all future exams, to terminate my participation in the exam, to invalidate the results of my exam and any prior exams, to withhold my exam scores and/or to take any other appropriate action. The ARRT's decision on any such matter is final.
- ☐ After I finish the exam, I will be asked to complete an optional, onscreen evaluation of Pearson VUE. When I am finished, I will raise my hand. The administrator will come to my workstation and ensure my exam has ended properly. I will return the erasable noteboard and marker to the administrator, and the administrator will then sign me out.
- ☐ Exam results are encrypted and transmitted to Pearson VUE and the ARRT. Preliminary results may or may not be available immediately after the exam. The testing center does not keep any information other than when and where my exam was taken. The ARRT or my state licensing agency will mail an official score report to me within approximately four weeks after my exam.
- ☐ If I do not follow the rules, am suspected of cheating or tampering with the computer, or demonstrate irregular behavior, the issue will be reported to Pearson VUE, the ARRT, and the state licensing agency (if applicable). My exam may be invalidated, the ARRT may take other action such as canceling my score, and I will not be refunded my exam fee.

*By providing a digital signature, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE and the ARRT (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to abide by the Pearson VUE Candidate Rules Agreement - ARRT. In addition, I understand that if I am found to be in violation of any article listed above, this will constitute grounds for the ARRT to take appropriate punitive action up to and including terminating my participation in the exam, invalidating the results of this exam and any prior exam, and permanently barring me from all future examinations. In addition, I understand I may be subject to an ARRT ethics investigation or even a federal court lawsuit for copyright infringement and/or breach of contract. Any information collected by an ARRT investigation may be forwarded to my state licensing agency for review of state ethics violations.*

# Pearson VUE Candidate Rules Agreement - ARRT



Please review the following information and ask the administrator if you have questions.

- ☐ I will not take any personal items into the testing room including cellular phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, hats, bags, coats, books and notes. I will store these items in a secure area indicated by the administrator. The test center is not responsible for lost, stolen or misplaced personal items.

- ☐ Before I enter the testing room, the testing administrator will provide me with an erasable noteboard, a marker and any other items specified by the ARRT. I will not use these materials until after the exam has started and will not remove them from the testing room at any time during the exam. If I need to clean my noteboard during the exam, I will raise my hand to get the administrator's assistance. I will return these items to the administrator immediately after the exam.

- ☐ The administrator will log me in to my assigned workstation, verify that I am taking the intended exam and start the exam. I will sit in my assigned seat. I understand that eating, drinking, smoking, chewing gum and making noise that creates a disturbance for other candidates are prohibited during the exam.

- ☐ To ensure a high level of security, the administrator will monitor me continuously while I take my exam. The session may be videotaped or otherwise recorded for security or other purposes.

- ☐ If I experience problems that affect my ability to take the exam, I will notify the administrator **immediately** by raising my hand. If I have other questions or concerns, the administrator will assist me as long as other candidates are not disturbed. The administrator cannot answer questions related to exam content. If I have questions of this nature, I will contact the ARRT after I leave the testing center.

- ☐ If I have concerns about any of the questions as I work on the exam, I will make a note on the erasable board or mark an item for review onscreen. I will have an opportunity to enter comments on each question during the exam, and my comments will be provided to the ARRT.

- ☐ To request a break, I will raise my hand to get the administrator's attention. The administrator will set my testing workstation to the break mode, and I will leave the testing room. The administrator will sign me out after I leave the room. Before I return to my seat, the administrator will sign me in and will then resume my exam for me. The exam timer will **NOT** stop while I am away.

- ☐ While I am taking a break, I may not leave the building. I am permitted to access personal items that I stored during the exam only if necessary—for example, if I need to take medication at a specific time. I am NOT allowed access to other items, including cellular phones, exam notes and study guides.

- ☐ I will not remove copies of exam questions and answers from the testing room, and I will not share the questions or answers seen in my exam with other candidates. The exam and related materials utilized in the ARRT's exams are copyrighted as the sole property of the ARRT and must not be removed from the testing room or reproduced in any way; reproduction of copyrighted material, in whole or part, is a federal offense. Such activity may constitute grounds for the ARRT to bar me permanently from all future exams, to terminate my participation in the exam, to invalidate the results of my exam and any prior exams, to withhold my exam scores and/or to take any other appropriate action. The ARRT's decision on any such matter is final.

- ☐ After I finish the exam, I will be asked to complete an optional, onscreen evaluation. When I am finished, I will raise my hand. The administrator will come to my workstation and ensure my exam has ended properly. I will return the erasable noteboard and marker to the administrator, and the administrator will then sign me out.

- ☐ Exam results are encrypted and transmitted to Pearson VUE and the ARRT and are not available immediately after the exam. The testing center does not keep any information other than when and where my exam was taken. The ARRT will mail me a score report within approximately four weeks after my exam.

- ☐ If I do not follow the rules, or if I am suspected of cheating or tampering with the computer, the issue will be reported to Pearson VUE and the ARRT. My exam may be invalidated, the ARRT may take other action such as decertifying me, and I will not be refunded my exam fee.

*By providing a digital signature or by signing below, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE and to the exam sponsor (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to follow the Rules. If I do not follow the Rules, or I am suspected of cheating or tampering with the computer, this will be reported to Pearson VUE and the exam sponsor, my exam may be invalidated, the sponsor may take other action such as decertifying me, and I will not be refunded my exam fee.*

Name (Please print): _____    Date: _____

Signature: _____    Exam: _____



# Pearson VUE Candidate Rules Agreement – ARRT

Please review the following information and ask the administrator if you have questions.

- ☐ I will not take any personal items into the testing room including, but not limited to, cellular phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, hats, bags, coats, books and notes. I will store these items in a secure area indicated by the administrator. The test center is not responsible for lost, stolen or misplaced personal items.
- ☐ Before I enter the testing room, the testing administrator will provide me with an erasable noteboard, a marker and any other items specified by the ARRT. I will not use these materials until after I have responded to the Non-Disclosure Agreement and will not remove them from the testing room at any time during the exam. If I need to clean my noteboard during the exam, I will raise my hand to get the administrator's assistance. I will return these items to the administrator immediately after the exam.
- ☐ The administrator will log me in to my assigned workstation, verify that I am taking the intended exam and start the exam. I will sit in my assigned seat. I understand that eating, drinking, smoking, chewing gum and making noise that creates a disturbance for other candidates are prohibited during the exam.
- ☐ To ensure a high level of security, the administrator will monitor me continuously while I take my exam. The session may be videotaped or otherwise recorded for security or other purposes.
- ☐ If I experience problems that affect my ability to take the exam, I will notify the administrator **immediately** by raising my hand. If I have other questions or concerns, the administrator will assist me as long as other candidates are not disturbed. I understand the administrator cannot answer questions related to exam content.
- ☐ If I have concerns about any of the questions as I work on the exam, I will make a note on the erasable board or mark an item for review onscreen. I will have an opportunity to enter comments on each question during the exam, and my comments will be provided to the ARRT.
- ☐ To request a break, I will raise my hand to get the administrator's attention. The administrator will set my testing workstation to the break mode, and I will leave the testing room. The administrator will sign me out after I leave the room. Before I return to my seat, the administrator will sign me in and will then resume my exam for me. The exam timer will **NOT** stop while I am away.
- ☐ While I am taking a break, I may not leave the building. I am permitted to access emergency personal items that I stored during the exam only if necessary—for example, if I need to take medication at a specific time. I am NOT allowed access to other items, including cellular phones, exam notes and study guides. I understand that if I leave the building for any reason I will not be able to resume my exam and will forfeit my exam fee.
- ☐ I will not remove copies of exam questions and answers from the testing room, and I will not share the questions or answers seen in my exam with other candidates. The exam and related materials utilized in the ARRT's exams are copyrighted as the sole property of the ARRT and must not be removed from the testing room or reproduced in any way; reproduction of copyrighted material, in whole or part, is a federal offense. Such activity may constitute grounds for the ARRT to bar me permanently from all future exams, to terminate my participation in the exam, to invalidate the results of my exam and any prior exams, to withhold my exam scores and/or to take any other appropriate action. The ARRT's decision on any such matter is final.
- ☐ After I finish the exam, I will be asked to complete an optional, onscreen evaluation. When I am finished, I will raise my hand. The administrator will come to my workstation and ensure my exam has ended properly. I will return the erasable noteboard and marker to the administrator, and the administrator will then sign me out.
- ☐ Exam results are encrypted and transmitted to Pearson VUE and the ARRT and are not available immediately after the exam. The testing center does not keep any information other than when and where my exam was taken. The ARRT or my state licensing agency will mail me a score report within approximately four weeks after my exam.

*By providing a digital signature or by signing below, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to the ARRT (which may be outside of the country in which I am testing). I understand the information provided above and agree to abide by the ARRT Candidate Rules Agreement. In addition, I understand that if found to be in violation of any article listed above, this will constitute grounds for ARRT to take appropriate punitive action up to and including permanently barring me from all future examinations, terminating my participation in the exam, and invalidating the results of this exam and any prior exam. In addition, I understand I may be subject to an ARRT ethics investigation or even a federal court lawsuit for copyright infringement and/or breach of contract. Any information collected by an ARRT investigation may be forwarded to my state licensing agency for review of state ethics violations.*

Name (Please print): _____  Date: _____

Signature: _____  Exam: _____

ARRT000968

# EXHIBIT C

## to

**DECLARATION OF LAUREN J. WOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG  **TXu 1-279-139**

EFFECTIVE DATE OF REGISTRATION

MAR 08 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
ARRT Test Item Bank

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
The American Registry of Radiologic Technologists

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Database consisting of over twenty thousand (20,000) test questions

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

**NOTE** Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀ Year  This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The American Registry of Radiologic Technologists
1255 Northland Drive
St. Paul MN 55120

APPLICATION RECEIVED
MAR 08 2006
ONE DEPOSIT RECEIVED
MAR 08 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

ARRT000969

| EXAMINED BY ᛉH | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No   If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶       Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Examination booklets in various medical imaging specialties

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Editorial revisions and additional materials including test questions and answer keys

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Elizabeth C Buckingham
Dorsey & Whitney LLP
50 South Sixth Street Suite 1500 Minneapolis MN 55402

Area code and daytime telephone number ▶ 612 343 2178         Fax number ▶ 612 340 8856
Email ▶ buckingham elizabeth@dorsey com

**7**

**CERTIFICATION*** I the undersigned hereby certify that I am the
                                           Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  The American Registry of Radiologic Technologists
of the work identified in this application and that the statements made     Name of author or other copyright claimant or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Mark Raymond                                                          Date ▶ February 21, 2006

Handwritten signature (X) ▼
X _____[signature]_____  Feb 21, 2006

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Mark Raymond Ph D |
|---|---|
| | Number/Street/Apt ▼ 1255 Northland Drive |
| | City/State/ZIP ▼ St Paul MN 55120 |

• Complete all necessary spaces
• Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev July 2003  ⓔ Printed on recycled paper                        US Government Printing Office 2000-461 113/20 021

ARRT000970

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA only. Indicate which basic form you are continuing in the space in the upper right hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

RE  TXu 1-279-139

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

MAR   08   2006
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

MAR   08   2006

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

- IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

ARRT Test Item Bank

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

The American Registry of Radiologic Technologists, 1255 Northland Dr, St Paul, MN 55120

**B** Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

APR 2006 RECEIVED THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 5

C
Continuation
of other
Spaces

*Space 5 continuation*

# The American Registry of Radiologic Technologists®

1255 Northland Drive • St. Paul, Minnesota 55120-1155 • (651) 687-0048 • www.arrt.org



## Attachment for Form TX – Section 5
## February 21, 2006

| Year of Registration | Title of Work | Registration Number |
|---|---|---|
| October 2000 | Limited Scope of Practice in Radiography | TX5-252-732 |
| October 1999 | Magnetic Resonance Imaging | TX5-117-546 |
| | Computed Tomography | TX5-117-547 |
| | Cardiovascular-Interventional Technology | TX5-117-548 |
| | Radiation Therapy | TX5-117-550 |
| | Nuclear Medicine Technology | TX5-117-551 |
| | Radiography | TX5-117-552 |
| | Quality Management | TX5-117-553 |
| October 1998 | Mammography | TX4-885-836 |

Certificate will be mailed in window envelope to this address

Name ▼ Mark Raymond
Number/Street/Apt ▼ 1255 Northland Drive
City/State/ZIP ▼ St. Paul, MN 55120

D